CLERK'S OFFICE USDC PR
RECEIVED AND FILED
2025 JUN 10 PM12:50

Tati Pérez Cruz   c/p José De Jesus Genao Cruz

Intitución guayama 500

Unit :C Section A C-204                    Case No. 25-1253 (ADC)

I respecfuly address you as an inmate at the guayama Intitucional 500 Corectional Facility, located in guayama, P.R. my name is José De Jesus Genao Cruz, also Known as Tati Pérez Cruz, and my Alien Rejistration number is A GeE-15908 #  I am Currenly under your jurisdiction due to, My visa/status has Expired or I have violated U.S. immigration laws, which has placed me in this Situation. I am Currenly being held at the Guayama 500 Intitutional Correctional Facility, and I am aware of the legal Consequences and options available to me in my Situation. Furthermore, I am willing to Comply with the legal Consequences associated whit my request for voluntary departure, which my include a temporay ban on re-entry into the United States. I appreciate the opportunity to resolve my immigration Status in a legal and respecfuly manner.

I appreciate your time and attention to this request, and I remain available to provide any additional Information that may be requested. Furthermore, Im Currenly indegent in this Current Case meaning help will need to be provided legaly meaning public Defender will be needed to represent my be half in this Case.

today Date 6/4/25

Sincerly José Genao