UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2025 JUN 10 PM12:50
CLERK'S OFFICE USDC PR

RECEIVED AND FILED

| | |
|---|---|
| Genao-Cruz<br><br>v.<br><br>Puerto Rico Justice Department<br>et al | CASE NO.  25-1253 (ADC) |

### NOTICE OF DEFECTIVE PLEADING
(Notificación de Documento Defectuoso)

The Clerk of Court has received your pleading on 5/27/2025. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito, el 27/5/2025. No obstante, las deficiencias abajo señaladas nos impiden aceptarlo y entrarlo en el sumario del caso. Usted debe someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

| | | |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>(El escrito radicado es illegible o no cumple con la R.L.Civ. 10) |
| 2 | | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>(Documento no firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11) |
| 3 | | Civil Cover Sheet (JS44) and Category Sheet not included. L.Civ.R. 3.1(a)<br>(No se incluyeron la Hoja de Trámite Civil [JS44] y la Hoja de Categoría. R.L.Civ. 3.1(a)) |
| 4 | XX | Pleading or document is not in the English language and plaintiff has not moved for permission to file pleading in the Spanish language. L.Civ.R. 5<br>(La petición o el documento no está en el idioma inglés y el/la demandante no ha solicitado permiso para radicar la petición en el idioma español. R.L.Civ. 5) |
| 5 | | Other Reason:<br>(Otra Razón:) |

Date: 5/29/2025

ADA I. GARCIA-RIVERA, ESQ.
Clerk of Court

S/ Idnar Díaz
Deputy Clerk

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**Immigration Detainer – Notice of Action**

| | |
|---|---|
| | **File No.** A |
| | **Date:** 5/22/08 |

**To:** (Name and title of institution)
Puerto Rico State Correctional Facility

Guerrero Correctional Institution

**From:** (INS office address)
United States Department of Homeland Security
Immigration and Customs Enforcement
G.PO Box 13356
San Juan, P.R . 00908

Name of alien: _Tati Perez Cruz_

Date of birth: _10/10/1978_          Nationality: _Dom. Rep._          Sex: _M_

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on    _____
(Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling _787-890-3600 X 222_ during business hours or _787-890-3600_ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒Please return a signed copy via facsimile to _787-882-3528_

(Area code and facsimile number)
Return fax to the attention of  ~~IEA Rene Galarza II~~ _Angel Hernandez_     _787-890-3600 X 222_
(Name of ICE officer handing case)          (Area code and  phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on  _____

_For_

_____                                    Immigration Enforcement Agent
Rene Galarza II                                              (Title of ICE official)
(Signature of ICE official)

**Receipt acknowledged:**

Date of latest conviction:_____ Latest conviction charge: _____

Estimated release date: _____

Signature and title of official: _Ruben Justo Tec. Record Pers._

Form I-247 (Rev. 4-1-97) N